# Seawright *v*. The State.

APPEAL from Criminal Court of Jefferson.

Tried before the Hon. DANIEL A. GREENE.

No counsel marked as appearing for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant in this case was indicted, tried and convicted of burglary.
The judgment of conviction is affirmed.

Opinion PER CURIAM.

---

# Boddy *v*. The State.

APPEAL from Criminal Court of Jefferson.

Tried before the Hon. DANIEL A. GREENE.

No counsel marked as appearing for appellant.

CHAS. G. BROWN, Attorney-General, for the State.

The appellant in this case was indicted, tried and convicted for larceny.
The judgment of conviction is affirmed.

Opinion PER CURIAM.